# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPRINGBOK SERVICES, INC., | ) | Case No. 10-25285-HRT |
| EIN: 20-3400089 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF TIME AND PLACE OF HEARING ON
## DEBTOR'S MOTION SEEKING EXPEDITED ENTRY OF ORDERS

**A HEARING HAS BEEN SET** on Debtor's Motion Seeking Expedited Entry of Orders [Dkt. No. 20].

The date, time and place of the hearing are as follows:

Date:   June 28, 2010

Time:   9:00 A.M. prevailing Mountain time.

Court:  U.S. Custom House
        721 19th Street, Courtroom B
        Denver, Colorado 80202

DATED this 25th day of June, 2010.

BIEGING SHAPIRO & BURRUS, LLP

By: /s/ Duncan E. Barber
    Duncan E. Barber, #16768
    Steven T. Mulligan, #19901
4582 S Ulster Street Parkway, Ste. 1650
Denver, Colorado 80237
Telephone: (720) 488-0220
Fax: (720) 488-7711
Email: dbarber@bsblawyers.com
Email: smulligan@bsblawyers.com

Proposed Counsel for Springbok Services, Inc.

126244